Jason John Konior                                  5                        65733 - AC
Docket Number: 13 CR 00275-01(AKH)



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*JUDICIAL RESPONSE*

**Judge's Copy**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/18
```

**THE COURT ORDERS:**

☐  Permission to travel to Greece and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☑  Permission to travel to Greece and the Court requires notification for all future international travel. **Approved.**

☐  Permission to travel to Greece. **Denied**

☑  Other: _Itinerary shall be filed in advance w/ USPO._

_____
Honorable Alvin K. Hellerstein
Senior U.S. District Judge

_7-30-18_
Date